THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Robert D. Wright,       
Appellant.
 
 
 

Appeal From Clarendon County
Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-255
Submitted February 23, 2004  Filed April 15, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, 
 for Appellant,
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Appellant pled guilty to assault 
 and battery of a high and aggravated nature and distribution of crack cocaine.  
 He was sentenced to                                                            
 eight years imprisonment.  Pursuant to Anders v. California, 386 U.S. 
 738 (1967), appellants counsel attached a petition to be relieved.  Appellant 
 did not file a pro se response.  
After review of the record pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams,  
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal and grant counsels 
 petition to be relieved. [1] 
 APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.